IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEFF THOMAS,

      Appellant,

 v.

Case No.  5D21-1640
LT Case No. 2020-00876-CFFA

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 13, 2022

Appeal from the Circuit Court
for Flagler County,
Christopher A. France, Judge.

Matthew J. Metz , Public Defender, and
Susan A. Fagan, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


WALLIS, EISNAUGLE and TRAVER, JJ., concur.